THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robbie C.
 Collins, Appellant.
 
 
 

Appeal From Horry County
 James E. Lockemy, Circuit Court Judge
Unpublished Opinion No. 2008-UP-459
Submitted August 1, 2008  Filed August 8,
 2008   
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Collins appeals his Alford plea,
 and his sentence for criminal sexual conduct with a minor in the second degree.  On appeal, Collins alleges the plea judge erred by not
 allowing him to withdraw his Alford plea, and therefore, it was
 involuntary, and thus, invalid.  After a thorough review of the record, counsels
 brief, and Collins pro se brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Collins appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
KONDUROS,
 J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.